UNITED STATES DISTRICT COURT          *E-Filed 8/2/11*

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RAUL RIVERA CHAVEZ,                         No. C 11-3178 RS (PR)

    Plaintiff,                                          **ORDER OF DISMISSAL**

    v.

SANTA CLARA COUNTY REGIONAL CENTER,

    Defendant.

    This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $350.00, within 30 days, or face dismissal of the action. More than 30 days have passed and plaintiff has not paid the filing fee or a complete IFP application. His application is incomplete because it does not include (1) a Certificate of Funds signed by an authorized prison officer (plaintiff's signing it himself does not satisfy this requirement), nor (2) a prison trust account statement detailing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice to plaintiff (1) paying the filing fee, or (2) filing a properly completed Certificate of Funds signed by an authorized prison officer, **and** a prison trust account statement detailing transactions for the last six months. Plaintiff's application to proceed IFP (Docket No. 3) is DENIED without prejudice. The Clerk shall terminate Docket No. 3, enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED**.

DATED: August 2, 2011

RICHARD SEEBORG
United States District Judge