United States District Court
For the Northern District of California

*E-Filed 11/28/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL RIVERA CHAVEZ, | No. C 11-3178 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SANTA CLARA COUNTY REGIONAL CENTER, | |
| Defendant. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. The complaint was dismissed with leave to file an amended complaint within 30 days. More than 30 days have passed and plaintiff has not filed an amended complaint. Accordingly, the action is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED**.

DATED: November 28, 2011

RICHARD SEEBORG
United States District Judge